[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-13045
Non-Argument Calendar

_____

D.C. Docket No. 3:15-cr-00010-CAR-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARIUS BRIGHTWELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(February 27, 2017)

Before MARTIN, ANDERSON and BLACK, Circuit Judges.

PER CURIAM:

Daniel S. Woodrum, appointed counsel for Darius Brightwell, in this direct criminal appeal, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a

brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Brightwell's convictions and sentences are AFFIRMED.